IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANDRA BORDERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action File No. |
| | ) 1:05-CV-0981(MHS) |
| THE COCA-COLA COMPANY | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the parties stipulate to the dismissal, with prejudice of all claims which Plaintiff has pending against Defendant. The parties shall bear their own costs.

Counsel for the Plaintiff
agrees to the foregoing on
this 10th day of March, 2006.

PARKS, CHESIN & WALBERT, P.C.

By: Andrew Y. Coffman (with Permission by Matthew A. Boyd)
Andrew Y. Coffman
Georgia Bar No.173115
Parks, Chesin, & Walbert, P.C.
75 Fourteenth Street
Atlanta, GA 30309
(404) 873-8000
acoffman@pcwlawfirm@.com

Counsel for the Defendant
agrees to the foregoing on
this 10th day of March, 2006.

KING & SPALDING LLP

By: _____
Michael W. Johnston
Georgia Bar No. 396720
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
(404) 572-4600
mjohnston@kslaw.com